PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Quadir Johnson                        Cr.: 20-00984-001
                                                                                                                 PACTS #: 6418083

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/26/2021

Original Offense:    Possession with Intent to Distribute 40 Grams or More of Fentanyl, in violation of 21 USC 841(a)(1) and (b)(1)(B), a Class B Felony

Original Sentence: 20 months imprisonment, 48 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/19/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Quadir Johnson violated the following special condition of supervised release: "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name." On October 29, 2021, Quadir Johnson tested positive for oxycodone. |

U.S. Probation Officer Action:

During a home visit on October 29, 2021, Mr. Johnson provided a urine specimen which tested positive for oxycodone. Mr. Johnson advised that his grandmother gave him medication for a headache, but he thought it was Tylenol. When questioned further, he stated that his grandmother did give him a pill out of one of her prescription bottles; however, he stated he did not know it was oxycodone.

Mr. Johnson was verbally reprimanded for taking a prescription medication that was prescribed to another person and we discussed consequences for continued illegal drug use and pro-social alternatives. The U.S. Probation Office drug tested Mr. Johnson on November 12, 2021, and he was negative for all illegal substances. Should he test positive in the future he will be referred to treatment, if deemed necessary. We are respectfully requesting no action be taken against Mr. Johnson as we continue to monitor his abstinence and the remaining conditions of supervision.

Prob 12A – page 2
Quadir Johnson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:  CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

| *Suzanne Golda-Martinez* | *12/08/2021* |
|---|---|
| SUZANNE GOLDA-MARTINEZ | Date |
| Supervising U.S. Probation Officer | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

Dec 9-21
_____
Date